UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM MCKOBY,

                    Plaintiff,

        v.

GLEN POST, *et al.*,

                    Defendants.

CASE NO. C17-1517RSM

ORDER AFFIRMING DECISION NOT TO RECUSE VOLUNTARILY

THIS MATTER is before the Court on review of Chief Judge Ricardo Martinez's Order [Dkt. #8] declining to recuse himself in response to *pro se* Plaintiff William McKoby's "Affidavit of Prejudice" [Dkt. #6], which the Court treated as Motion for Recusal The Order was referred to this Court as the most senior non-Chief Judge under 28 U.S.C. § 144 and LCR 3(e).

A federal judge should recuse himself if "a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned." 28 U.S.C. § 144; *see also* 28 U.S.C. § 455; *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir. 1993). This objective inquiry is concerned with whether there is the appearance of bias, not whether there is bias in fact. *See Preston v. United States*, 923 F.2d 731, 734 (9th Cir. 1992); *see also United States v. Conforte*, 624 F.2d 869, 881 (9th Cir. 1980). ). In the absence of specific

allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981). Judicial rulings alone "almost never" constitute a valid basis for a bias or partiality motion. *Liteky v. United States*, 510 U.S. 540, 555 (1994).

McKoby's motion does not identify or claim any personal bias, prejudice or interest on the part of Judge Martinez. Indeed, it has no factual predicate, at all. Instead, McKoby seems to confuse the recusal standard in this court with the one that applies in state court: "I may not gain a fair hearing or trial under Judge RS MARTINEZ and therefore file an affidavit of prejudice."

McKoby has not raised any issue that would lead a reasonable person to question whether Judge Martinez can be impartial in this case. His Motion for Recusal [Dkt. #6] is therefore DENIED, and Judge Martinez's Order Declining to Recuse [Dkt. #8] is AFFIRMED.

IT IS SO ORDERED.

Dated this 1st day of November, 2017.

Ronald B. Leighton
United States District Judge